583 A.2d 322

STATE OF NEW JERSEY v. RALPH MILLS.

February 13, 1990.

Petition for certification denied.

583 A.2d 322

STATE OF NEW JERSEY v. EMORY M. GHANA,
A/K/A EMORY JOHNSON.

February 14, 1990.

Petition for certification denied.

583 A.2d 322

STATE OF NEW JERSEY v. WILLIAM LEWIS.

February 14, 1990.

Petition for certification denied.

583 A.2d 322

IN THE MATTER OF THE APPLICATION OF TKR CABLE COMPA-
NY FOR ACCESS TO PREMISES KNOWN AS VANDERHAVEN
FARMS, A/K/A BRIDGEWATER ESTATES, PURSUANT TO
N.J.S.A. 48:5A–49 AND N.J.A.C. 14:18–3.10(C)(1)

IN THE MATTER OF THE APPLICATION OF TKR CABLE COMPA-
NY FOR ACCESS TO THE PREMISES KNOWN AS SOCIETY
HILL AT BERNARDS, PURSUANT TO N.J.S.A. 48:5A–49 AND
N.J.A.C. 14:18–3.10(C)(1)

February 14, 1990.

Petition for certification denied.

583 A.2d 322

STATE OF NEW JERSEY v. BEN–SIYON BRASCH.

February 14, 1990.

Petition for certification denied.